# EXHIBIT 1-P

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2010-051209                                      02/25/2013


                                          CLERK OF THE COURT
HONORABLE MICHAEL D. GORDON                   M. MINKOW
                                               Deputy


MARCUS LABERTEW, et al.                   PHILIP J NATHANSON

v.

FRED R AUZENNE, et al.                    MICHELLE C LOMBINO



## TRIAL MINUTE ENTRY
## DAY 1


Prior to the commencement of trial, Plaintiffs' exhibits 1 through 143 and Defendants' exhibits 144, 146 through 153, 155 through 158, and 160 through 182 are marked for identification. Exhibit numbers 145, 154 and 159 are unused.

FILED: Depositions of John McDermott, dated May 31, 2012; Mark Edward Labertew, filed June 1, 2012; and Kenneth Course, dated November 6, 2012.

8:46 a.m. This is the time set for Trial to a Jury. Plaintiffs Marcus Labertew, John McDermott, and Jennifer McDermott are present and represented by counsel, Philip Nathanson and Dona A. Nutini. Defendants Fred R. Auzenne and Loral Langemeier are present and represented by counsel, Roger L. Cohen and Michelle C. Lombino.

The prospective jury panel is not present.

A record of the proceedings is being made by CD (FTR) in lieu of a court reporter.

Trial protocol is discussed.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2010-051209                                    02/25/2013

IT IS ORDERED that any and all arguments with respect to the playing of tapes at the beginning of trial are preserved by both parties.

9:02 a.m.  Court stands at recess.

10:05 a.m.  Court reconvenes with respective parties and counsel present.

Court reporter, Kim Hannan, is present.  A record of the proceedings is also made by audio and/or videotape.

The parties agree that if there is no objection to a listed exhibit in the Joint Pretrial Statement, then that exhibit is received in evidence pursuant to stipulation.  Accordingly,

Plaintiffs' exhibits 2, 4, 5, 11, 28, 38, 45, 57, 61, 67, 74, 82, 83, 85, 87, 90, 91, 93, 98, 102, 103, 104, 105, 106, 107, 108, 109, 111, 112, 114, 120, 121, 126, 127, 138, 139, 141, 142, 143 and Defendants' exhibits 144, 149, 151, 152, 155, 156, 161, 162, 170, 171, 178 and 182 are received in evidence.

The prospective jury panel is present.

Voir dire examination of prospective jurors.

Strikes for hardship are placed on the record.

11:31 a.m.  The jury panel is admonished and excused while Court remains in session.

Pursuant to agreement of counsel, Court reporter, Kim Hannan, is excused and a record of the proceedings is made by audio and/or videotape in lieu of a court reporter.

Trial protocol is discussed.

11:35 a.m.  Court stands at recess.

11:48 a.m.  Court reconvenes with respective parties and counsel present.

Court reporter, Kim Hannan, is present.  A record of the proceedings is also made by audio and/or videotape.

CV 2010-051209                                    02/25/2013

The prospective jury panel is present.

Voir dire examination of prospective jurors continues.

12:03 a.m.   The jury panel is admonished and excused.  Court stands at recess.

1:33 p.m.  Court reconvenes with respective parties and counsel present.  The prospective jury panel is present.

Court reporter, Kim Hannan, is present.  A record of the proceedings is also made by audio and/or videotape.

Voir dire examination of prospective jurors continues.

2:16 p.m.  The jury panel is admonished and excused while court remains in session.

Strike(s) for hardship are placed on the record.

2:26 p.m.  Court stands at recess.

3:13 p.m.  Court reconvenes with respective parties and counsel present.

The prospective jury panel is present.

Court reporter, Kim Hannan, is present.  A record of the proceedings is also made by audio and/or videotape.

Nine (9) persons are selected and sworn to act as trial jurors in this cause.

FILED: Jury List.

The Preliminary Instructions are read to the jury by the Court.

FILED: Preliminary Instructions.

The first of a series of three taped phone conversations is played for the jury.

4:32 p.m.  The jury is excused from the courtroom, and court remains in session.

CV 2010-051209                                              02/25/2013

Plaintiffs' counsel advises he will be filing a motion to amend Plaintiffs' witness list to add Roger Cohen as an adverse witness in Plaintiffs' case.

Discussion is held.

IT IS ORDERED GRANTING Defendants' counsel leave to draft a limiting jury instruction regarding this issue and submit same to Plaintiffs' counsel for their consideration.

4:39 p.m. Court stands at recess until 9:00 a.m. on February 26, 2013.

ALERT: The Arizona Supreme Court Administrative Order 2011-140 directs the Clerk's Office not to accept paper filings from attorneys in civil cases. Civil cases must still be initiated on paper; however, subsequent documents must be eFiled through AZTurboCourt unless an exception defined in the Administrative Order applies.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2010-051209                                     02/26/2013


HONORABLE MICHAEL D. GORDON                CLERK OF THE COURT
                                               M. MINKOW
                                                Deputy



MARCUS LABERTEW, et al.              PHILIP J NATHANSON

v.

FRED R AUZENNE, et al.               MICHELLE C LOMBINO



**TRIAL MINUTE ENTRY**
**DAY 2**

9:00 a.m.  Courtroom 108 NE.  This is the time set for Day 2 of Trial to a Jury continuing from February 25, 2013.  Plaintiffs Marcus Labertew, John McDermott, and Jennifer McDermott are present and represented by counsel, Philip Nathanson and Dona A. Nutini.  Defendants Fred R. Auzenne and Loral Langemeier are present and represented by counsel, Roger L. Cohen and Michelle C. Lombino.

The prospective jury panel is not present.

Court reporter, Kim Hannan, is present.  A record of the proceedings is also made by audio and/or videotape.

Defendants provide the Court with their "Proposed Jury Limiting Instruction Regarding March 12, 2009 Audio Recording."

IT IS ORDERED filing Defendants' "Proposed Jury Limiting Instruction Regarding March 12, 2009 Audio Recording."

FILED: Proposed Jury Limiting Instruction Regarding March 12, 2009 Audio Recording

9:02 a.m.  The jury is now present.

The playing of the taped phone conversations continues.

10:30 a.m.  The jury is excused from the courtroom, and court stands at recess.

10:43 a.m.  Court reconvenes with respective parties and counsel present.

Court reporter, Kim Hannan, is present.  A record of the proceedings is also made by audio and/or videotape.

Argument is heard on Plaintiffs' objection to Defendants' Proposed Jury Limiting Instruction Regarding March 12, 2009 Audio Recording.

THE COURT ADVISES it is not going to give the jury this limiting jury instruction but directs Defendants to work on the jury instruction to address exactly what Defendants' counsel just told the Court during argument; i.e., that it is to affect the contextual circumstances in which the statement was made.

10:50 a.m.  The jury is now present.

Plaintiffs' opening statement.

11:57 a.m.  The jury is excused from the courtroom while court remains in session.

Counsel make a record with respect to Defendants' objection made during a bench conference.

12:03 p.m.  Court stands at recess.

1:22 p.m.  Court reconvenes with respective parties and counsel present.

Court reporter, Kim Hannan, is present.  A record of the proceedings is also made by audio and/or videotape.

Counsel make a record with respect to the issue of Delaware law.

IT IS ORDERED DENYING all relief at this time.  The Court will be instructing the jury on the law, not by limiting instruction or otherwise.

CV 2010-051209                                        02/26/2013

1:30 p.m.  The jury is now present.

Defendants' opening statement.

2:43 p.m.  The jury is reminded of previous admonitions and excused from the courtroom.  Court stands at recess.

3:01 p.m.  Court reconvenes with respective counsel and parties present.  The jury is present.

Court reporter, Kim Hannan, is present.  A record of the proceedings is also made by audio and/or videotape.

Plaintiffs' case:

Eric Kuhrts is sworn and testifies.

IT IS ORDERED that a redacted version of Plaintiffs' exhibit 68 shall be substituted for the version originally submitted for marking.

IT IS FURTHER ORDERED releasing to counsel for Plaintiffs the version of Plaintiffs' exhibit 68 originally submitted for marking.

Plaintiffs' exhibit 68 is received in evidence.

Plaintiffs' exhibit 97 is received in evidence.

The witness is excused.

Marcus Labertew is sworn and testifies.

Plaintiffs' exhibit 3 is received in evidence.

4:25 p.m.  The jury is excused from the courtroom, and court stands at recess until 9:00 a.m. on February 27, 2013.

ALERT:  The Arizona Supreme Court Administrative Order 2011-140 directs the Clerk's Office not to accept paper filings from attorneys in civil cases.  Civil cases must still be initiated on paper; however, subsequent documents must be eFiled through AZTurboCourt unless an exception defined in the Administrative Order applies.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2010-051209                                                    02/27/2013


                                                    CLERK OF THE COURT
HONORABLE MICHAEL D. GORDON                            M. MINKOW
                                                         Deputy


MARCUS LABERTEW, et al.                     PHILIP J NATHANSON

v.

FRED R AUZENNE, et al.                      MICHELLE C LOMBINO


### TRIAL MINUTE ENTRY
### DAY 3
### CASE SETTLES
### CASE PLACED ON INACTIVE CALENDAR


9:00 a.m.   Courtroom 108 NE.   This is the time set for Day 3 of Trial to a Jury continuing from February 26, 2013.  Plaintiffs Marcus Labertew, John McDermott, and Jennifer McDermott are present and represented by counsel, Philip Nathanson and Dona A. Nutini. Defendants Fred R. Auzenne and Loral Langemeier are present and represented by counsel, Roger L. Cohen and Michelle C. Lombino.

The prospective jury panel is not present.

Court reporter, Kim Hannan, is present.  A record of the proceedings is also made by audio and/or videotape.

Trial protocol is discussed.

9:02 a.m.  The jury is now present.

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
Mary Minkow
4/8/2013 8:00:00 AM
Filing ID 5194187

1  Roger L. Cohen (004409)
   Michelle C. Lombino (016252)
2  Nathan D. Meyer (020583)
   **JABURG & WILK, P.C.**
3  3200 N. Central Avenue, Suite 2000
   Phoenix, Arizona 85012
4  rlc@jaburgwilk.com
   mcl@jaburgwilk.com
5  ndm@jaburgwilk.com
   (602) 248-1000
6  Attorneys for Defendants Fred R. Auzenne and Loral Langemeier

7

8

9                  **SUPERIOR COURT OF ARIZONA**

10                      **MARICOPA COUNTY**

11

| | |
|---|---|
| MARCUS LABERTEW aka MARK LABERTEW and JANE DOE LABERTEW, husband and wife; JOHN MCDERMOTT aka JACK MCDERMOTT and JENNIFER MCDERMOTT, husband and wife; <br><br> Plaintiffs, <br><br> v. <br><br> FRED R. AUZENNE and LORAL LANGEMEIER, <br><br> Defendants. | Case No. CV2010-051209 <br><br> **ORDER DISMISSING, WITH PREJUDICE, ALL CLAIMS AGAINST FRED R. AUZENNE AND RENEE CERMARK** <br><br> (Assigned to the Hon. Michael D. Gordon) |

*Jaburg & Wilk, P.C.*
*Attorneys At Law*
*3200 N. Central Avenue, Suite 2000*
*Phoenix, Arizona 85012*
*(602) 248-1000*

        Pursuant to the Stipulation to Dismiss, with Prejudice, Fred R. Auzenne and Renee
Cermark filed by the parties,

        IT IS ORDERED

        1.      Dismissing with prejudice, all claims asserted by Plaintiffs Marcus
Labertew, Jack McDermott and Jennifer McDermott against Defendant Fred R. Auzenne
and his wife Renee Cermark asserted in this action; and

                                    3

2.     Each party shall bear his or her own attorney fees and costs regarding the dismissed claims.


DATED this _____ day of _____, 2013.


_____
Michael D. Gordon
Maricopa County Superior Court Judge

12103-10/NDM/KMR/1063237_v1

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

# eSignature Page 1 of 1

**Granted as Submitted**



/S/ Michael Gordon Date: 4/4/2013

Judicial Officer of Superior Court

Case Number: CV2010-051209

E-Filing ID #: 5194187

Signature Date: 4/4/2013

Filed Date: 4/8/2013 8:00:00 AM

Michelle C Lombino

Philip J Nathanson

Maricopa County Creditor
No Address on Record

1  Roger L. Cohen (004409)
   Michelle C. Lombino (016252)
2  Nathan D. Meyer (020583)
   **JABURG & WILK, P.C.**
3  3200 N. Central Avenue, Suite 2000
   Phoenix, Arizona 85012
4  rlc@jaburgwilk.com
   mcl@jaburgwilk.com
5  ndm@jaburgwilk.com
   (602) 248-1000
6
7  Attorneys for Defendants Fred R. Auzenne and Loral Langemeier

8

9

10            **SUPERIOR COURT OF ARIZONA**

11              **MARICOPA COUNTY**

12  MARCUS LABERTEW aka MARK          Case No. CV2010-051209
    LABERTEW and JANE DOE
13  LABERTEW, husband and wife; JOHN
    MCDERMOTT aka JACK MCDERMOTT
14  and JENNIFER MCDERMOTT, husband   **STIPULATION TO DISMISS, WITH
    and wife                          PREJUDICE, FRAUD CLAIM
15                                    AGAINST LORAL LANGEMEIER**

16            Plaintiffs,

17  v.                                (Assigned to the Hon. Michael Gordon)

18  FRED R. AUZENNE and
    LORAL LANGEMEIER,
19
              Defendants.
20

21      Defendants Fred R. Auzenne and Loral Langemeier and Plaintiffs Marcus

22  Labertew, Jack McDermott and Jennifer McDermott, through undersigned counsel,

23  stipulate that:

24      1.    Each party is authorized to enter this stipulation;

25      2.    The fraud claim asserted by Plaintiffs Marcus Labertew, Jack McDermott

26  and Jennifer McDermott against Defendant Loral Langemeier in the above action shall be

27  dismissed, with prejudice; and

28

*(Left margin vertical text)* Jaburg & Wilk, P.C. / Attorneys At Law / 3200 N. Central Avenue, Suite 2000 / Phoenix, Arizona 85012 / (602) 248-1000

3.    Each party shall each bear his or her own attorney fees and costs for the dismissed fraud claim.

The parties have simultaneously filed an electronic, proposed order with this Stipulation.

DATED this 3rd day of April, 2013.

**JABURG & WILK, P.C.**                    **THE NATHANSON LAW FIRM**


*/s/ Nathan D. Meyer*                        */s/ Philip J. Nathanson (w/permission)*
Roger L. Cohen                               Philip J. Nathanson
Michelle C. Lombino                          Dona Nutini.
Nathan D. Meyer                              *Attorneys for Plaintiffs*
*Attorneys for Defendants*



**ORIGINAL E-FILED** and **COPY** of the
foregoing e-mailed via eFiling system
this 3rd day of April, 2013 to:

Honorable Michael Gordon
Maricopa County Superior Court

**COPY** of the foregoing mailed
this 03rd day of April, 2013 to:

Philip J. Nathanson, Esq.
Dona Nutini, Esq.
**The Nathanson Law Firm**
8326 E. Hartford Drive, Suite 101
Scottsdale, Arizona 85255
Attorney for Plaintiffs

*/s/ Pamela S. Anderson*

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

2

12103-10/NDM/KMR/1063241_v1

1  Roger L. Cohen (004409)
   Michelle C. Lombino (016252)
2  Nathan D. Meyer (020583)
   **JABURG & WILK, P.C.**
3  3200 N. Central Avenue, Suite 2000
   Phoenix, Arizona 85012
4  rlc@jaburgwilk.com
   mcl@jaburgwilk.com
5  ndm@jaburgwilk.com
   (602) 248-1000
6  Attorneys for Defendants Fred R. Auzenne and Loral Langemeier

7

8                    **SUPERIOR COURT OF ARIZONA**

9                         **MARICOPA COUNTY**

10

| | |
|---|---|
| MARCUS LABERTEW aka MARK LABERTEW and JANE DOE LABERTEW, husband and wife; JOHN MCDERMOTT aka JACK MCDERMOTT and JENNIFER MCDERMOTT, husband and wife; | Case No. CV2010-051209 |
| Plaintiffs, | **ORDER DISMISSING, WITH PREJUDICE, FRAUD CLAIM AGAINST LANGEMEIER** |
| v. | |
| FRED R. AUZENNE and LORAL LANGEMEIER, | (Assigned to the Hon. Michael D. Gordon) |
| Defendants. | |

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

        Pursuant to the Stipulation to Dismiss, with Prejudice, the fraud claim against Loral
Langemeier filed by the parties,

        IT IS ORDERED:

        1.      Dismissing with prejudice, the fraud claim asserted by Plaintiffs Marcus
Labertew, Jack McDermott and Jennifer McDermott against Defendant Loral Langemeier
in this action; and

                                3

1    2.    Each party shall bear his or her own attorney fees and costs regarding the
2    dismissed fraud claim.
3
4    DATED this _____ day of _____, 2013.
5
6                                            _____
                                             Michael D. Gordon
7                                            Maricopa County Superior Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

12103-10/NDM/KMR/1063241_v1

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

1  Roger L. Cohen (004409)
   Michelle C. Lombino (016252)
2  Nathan D. Meyer (020583)
   **JABURG & WILK, P.C.**
3  3200 N. Central Avenue, Suite 2000
   Phoenix, Arizona 85012
4  rlc@jaburgwilk.com
   mcl@jaburgwilk.com
5  ndm@jaburgwilk.com
   (602) 248-1000
6
7  Attorneys for Defendants Fred R. Auzenne and Loral Langemeier

8

9

10              **SUPERIOR COURT OF ARIZONA**

11                    **MARICOPA COUNTY**

12  MARCUS LABERTEW aka MARK            Case No. CV2010-051209
    LABERTEW and JANE DOE
13  LABERTEW, husband and wife; JOHN
    MCDERMOTT aka JACK MCDERMOTT
14  and JENNIFER MCDERMOTT, husband    **STIPULATION TO DISMISS, WITH
    and wife                            PREJUDICE, ALL CLAIMS AGAINST
15                                       FRED R. AUZENNE AND RENEE
                                         CERMARK**
16                 Plaintiffs,

17  v.

18  FRED R. AUZENNE and                 (Assigned to the Hon. Michael Gordon)
    LORAL LANGEMEIER,
19
                   Defendants.
20

21      Defendants Fred R. Auzenne and Loral Langemeier and Plaintiffs Marcus

22  Labertew, Jack McDermott and Jennifer McDermott, through undersigned counsel,

23  stipulate that:

24      1.   Each party is authorized to enter this stipulation;

25      2.   All claims asserted by Plaintiffs Marcus Labertew, Jack McDermott and

26  Jennifer McDermott against Defendant Fred R. Auzenne and his wife Renee Cermark in

27  this action shall be dismissed, with prejudice; and

28

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

12103-10/NDM/KMR/1063237_v1

3. Each party shall each bear his or her own attorney fees and costs for the dismissed claims.

The parties have simultaneously filed an electronic, proposed order with this Stipulation.

DATED this 3rd day of April, 2013.

**JABURG & WILK, P.C.**                    **THE NATHANSON LAW FIRM**


*/s/ Nathan D. Meyer*                       */s/ Philip J. Nathanson (w/permission)*
Roger L. Cohen                              Philip J. Nathanson
Michelle C. Lombino                         Dona Nutini.
Nathan D. Meyer                             *Attorneys for Plaintiffs*
*Attorneys for Defendants*



**ORIGINAL E-FILED** and **COPY** of the
foregoing e-mailed via eFiling system
this 3rd day of April, 2013 to:

Honorable Michael Gordon
Maricopa County Superior Court

**COPY** of the foregoing mailed
this 03rd day of April, 2013 to:

Philip J. Nathanson, Esq.
Dona Nutini, Esq.
**The Nathanson Law Firm**
8326 E. Hartford Drive, Suite 101
Scottsdale, Arizona 85255
Attorney for Plaintiffs

*/s/ Pamela S. Anderson*

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

2

12103-10/NDM/KMR/1063237_v1

1  Philip J. Nathanson (Arizona State Bar #013624)
philipj@nathansonlawfirm.com
2  Dona A. Nutini (Arizona State Bar #018539)
dnutini@nathansonlawfirm.com
3  **THE NATHANSON LAW FIRM**
8326 E. Hartford Dr., Suite 101
4  Scottsdale, AZ 85260
(480) 419-2578
5  (480) 419-4136 (Fax)

6  *Attorneys for Plaintiffs*

7  **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

8

9  MARCUS LABERTEW aka MARK
LABERTEW and JANE DOE
LABERTEW, husband and wife; JOHN
10  MCDERMOTT aka JACK
MCDERMOTT and JENNIFER
11  MCDERMOTT, husband and wife,

12                          Plaintiffs,

13  vs.

14  FRED R. AUZENNE and LORAL
LANGEMEIER,

15
                          Defendants.

16

**Case No.: CV2010-051209**

**STIPULATION TO ENTRY OF
JUDGMENT AGAINST LORAL
LANGEMEIER**

**(Assigned to the Hon. Michael Gordon)**

17      Defendants Fred R. Auzenne and Loral Langemeier and Plaintiffs Marcus

18  Labertew, Jack McDermott and Jennifer McDermott, through undersigned counsel,

19  stipulate that:

20      1. Each party is authorized to enter this stipulation;

21      2. The Court may enter the attached Judgment against Defendant Loral Langemeier

22  and in favor of Plaintiffs Marcus Labertew, Jack McDermott and Jennifer McDermott on

23  the following claims: defamation, "false arrest, false imprisonment and malicious

24

1  prosecution," and tortious interference with contractual relations, *see* Exh. 1, Proposed

2  Judgment; and

3      3.  Each party shall each bear their own attorney fees and costs for the above claims.

4      DATED this 30th day of May, 2013.

5  **JABURG & WILK, P.C.**              **THE NATHANSON LAW FIRM**

6  /s/ Nathan D. Meyer (w/ permission)       /s/ Philip J. Nathanson
   _____          _____
7  Roger L. Cohen                            Philip J. Nathanson
   Michelle C. Lombino                       Dona A. Nutini
8  Nathan D. Meyer                           *Attorneys for Plaintiffs*
   *Attorneys for Defendants*
9

10 **COPY** of the foregoing will be sent via regular mail, to the parties listed below, on this
   30th day of May, 2013:
11
   Roger L. Cohen
12 Michelle C. Lombino
   Nathan D. Meyer
13 **JABURG & WILK, P.C.**
   3200 N. Central Avenue, Suite 2000
14 Phoenix, AZ 85012

15 **ORIGINAL E-FILED** and **COPY** of the foregoing will be delivered, via electronic filing,
   on this 30th day of May, 2013, to:
16
   Clerk of the Court
17 Superior Court of Arizona for the County of Maricopa

18
   /s/ Sarah A. Haddix
19

20

21

22

23

24

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

MARCUS LABERTEW
                  PLAINTIFFS,

Vs.

FRED R AUZENNE
                  DEFENDENTS,

CV2010-051209

SATISFACTION OF JUDGMENT
FOR JURY FEES

The Clerk of the Superior Court of Maricopa County hereby acknowledges that the judgment for jury fees, recorded March 13, 2013, book number 2013-0229128, against MARCUS LABERTEW, JENNIFER MCDERMOTT and JOHN MCDERMOTT, has been fully satisfied on or about April 15, 2013.

Dated this 24 April 2013.

CLERK OF THE SUPERIOR COURT

BY: _____ R. GONZALEZ _____ .

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
Mary Minkow
4/8/2013 8:00:00 AM
Filing ID 5194178

1  Roger L. Cohen (004409)
   Michelle C. Lombino (016252)
2  Nathan D. Meyer (020583)
   **JABURG & WILK, P.C.**
3  3200 N. Central Avenue, Suite 2000
   Phoenix, Arizona 85012
4  rlc@jaburgwilk.com
   mcl@jaburgwilk.com
5  ndm@jaburgwilk.com
   (602) 248-1000
6  Attorneys for Defendants Fred R. Auzenne and Loral Langemeier

7

8

# SUPERIOR COURT OF ARIZONA

9

## MARICOPA COUNTY

10

| | |
|---|---|
| MARCUS LABERTEW aka MARK LABERTEW and JANE DOE LABERTEW, husband and wife; JOHN MCDERMOTT aka JACK MCDERMOTT and JENNIFER MCDERMOTT, husband and wife; | Case No. CV2010-051209 |
| Plaintiffs, | **ORDER DISMISSING, WITH PREJUDICE, FRAUD CLAIM AGAINST LANGEMEIER** |
| v. | (Assigned to the Hon. Michael D. Gordon) |
| FRED R. AUZENNE and LORAL LANGEMEIER, | |
| Defendants. | |

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Pursuant to the Stipulation to Dismiss, with Prejudice, the fraud claim against Loral Langemeier filed by the parties,

IT IS ORDERED:

1.  Dismissing with prejudice, the fraud claim asserted by Plaintiffs Marcus Labertew, Jack McDermott and Jennifer McDermott against Defendant Loral Langemeier in this action; and

3

12103-10/NDM/KMR/1063241_v1

1    2.    Each party shall bear his or her own attorney fees and costs regarding the

2    dismissed fraud claim.

3

4    DATED this _____ day of _____, 2013.

5

6    _____
     Michael D. Gordon

7    Maricopa County Superior Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

# eSignature Page 1 of 1

**Granted as Submitted**



/S/ Michael Gordon Date: 4/4/2013
Judicial Officer of Superior Court

**Endorsement Page**

Case Number: CV2010-051209

E-Filing ID #: 5194178

Signature Date: 4/4/2013

Filed Date: 4/8/2013 8:00:00 AM

Michelle C Lombino

Philip J Nathanson

Maricopa County Creditor
No Address on Record

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
Mary Minkow
6/5/2013 8:00:00 AM
Filing ID 5277720

1 | Philip J. Nathanson (Arizona State Bar #013624)
philipj@nathansonlawfirm.com
2 | Dona A. Nutini (Arizona State Bar #018539)
dnutini@nathansonlawfirm.com
3 | **THE NATHANSON LAW FIRM**
8326 E. Hartford Dr., Suite 101
4 | Scottsdale, AZ 85260
(480) 419-2578
5 | (480) 419-4136 (Fax)

6 | *Attorneys for Plaintiffs*

7 | **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

8

9 | MARCUS LABERTEW aka MARK
LABERTEW and JANE DOE
LABERTEW, husband and wife; JOHN
10 | MCDERMOTT aka JACK
MCDERMOTT and JENNIFER
11 | MCDERMOTT, husband and wife,

**Case No.: CV2010-051209**

**JUDGMENT AGAINST LORAL
LANGEMEIER**

12 | Plaintiffs,

**(Assigned to the Hon. Michael Gordon)**

13 | vs.

14 | FRED R. AUZENNE and LORAL
LANGEMEIER,

15 | Defendants.

16

17 | Pursuant to the Stipulation to Entry of Judgment filed by Defendants Fred R.

18 | Auzenne and Loral Langemeier and Plaintiffs Marcus Labertew, Jack McDermott and

Jennifer McDermott,
19

20 | IT IS THEREFORE ORDERED, that

1. Judgment be entered in favor of Plaintiffs Marcus Labertew, Jack McDermott and
21

Jennifer McDermott on their claims of defamation, "false arrest, false imprisonment and
22

malicious prosecution," and tortious interference with contractual relations against
23

Defendant Loral Langemeier in the amount of $1,500,000.00 with post-judgment interest
24

1  at the rate of 4.25% per annum thereon from the date of this Judgment until paid in full;

2  and

3      2.  Each party shall bear his or her own attorney fees and costs incurred regarding the

4  above claims.

5

6      DATED this 30th day of May, 2013.

7

8                                          _____

9                                          Michael D. Gordon
                                           Maricopa County Superior Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# eSignature Page 1 of 1

Filing ID: 5277720   Case Number: CV2010-051209
Original Filing ID: 5273529

**Granted as Submitted**



/S/ Michael Gordon Date: 6/3/2013

Judicial Officer of Superior Court

**Endorsement Page**

Case Number: CV2010-051209

E-Filing ID #: 5277720

Signature Date: 6/3/2013

Filed Date: 6/5/2013 8:00:00 AM

Michelle C Lombino

Philip J Nathanson

MICHAEL K. JEANES
Clerk of the Superior Court
By Brian Colwell, Deputy
Date 07/29/2013 Time 12:05:41
Description                    Amount
------- CASE# CV2010-051209 -------
WRITS                           27.00

TOTAL AMOUNT                    27.00
        Receipt# 23143564

1   Philip J. Nathanson (Arizona State Bar #013624)
    philipj@nathansonlawfirm.com
2   Dona A. Nutini (Arizona State Bar #018539)
    dnutini@nathansonlawfirm.com
3   **THE NATHANSON LAW FIRM**
    8326 E. Hartford Dr., Suite 101
4   Scottsdale, AZ 85260
    (480) 419-2578
5   (480) 419-4136 (Fax)

6   *Attorneys for Plaintiffs*

7          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
              **IN AND FOR THE COUNTY OF MARICOPA**

8

9   MARCUS LABERTEW aka MARK          Case No.: CV2010-051209
    LABERTEW and JANE DOE
    LABERTEW, husband and wife; JOHN
10  MCDERMOTT aka JACK
    MCDERMOTT and JENNIFER
11  MCDERMOTT, husband and wife,      **APPLICATION FOR WRIT OF**
                                      **GARNISHMENT FOR NON-**
12          Plaintiffs/Judgment Creditors,   **EARNINGS OF 21ST CENTURY**
                                      **NORTH AMERICA INSURANCE**
13  vs.                              **COMPANY FORMERLY KNOWN AS**
                                      **AMERICAN INTERENATIONAL**
14  LORAL LANGEMEIER, et al.,        **INSURANCE COMPANY**

15          Defendant/Judgment Debtor.   (Assigned to the Hon. Michael Gordon)

16  and

17  CHARTIS PROPERTY CASUALTY
    COMPANY, otherwise known as AIG
18  CASUALTY COMPANY, and 21ST
    CENTURY NORTH AMERICA
19  INSURANCE COMPANY, formerly
    known as AMERICAN
20  INTERNATIONAL INSURANCE
    COMPANY,
21
                        Garnishees.
22

        Plaintiffs/Judgment Creditors MARK LABERTEW and JOHN AND JENNIFER
23
    MCDERMOTT (hereinafter "Plaintiffs") state as follows:
24

1. On June 5, 2013, the Court entered a stipulated judgment against Judgment Debtor Loral Langemeier.

2. The outstanding balance due on the judgment is $1,500,000.

3. Plaintiffs have reason to believe that Garnishees CHARTIS PROPERTY CASUALTY COMPANY, otherwise known as AIG CASUALTY COMPANY, and 21ST CENTURY NORTH AMERICA INSURANCE COMPANY, formerly known as AMERICAN INTERNATIONAL INSURANCE COMPANY (hereinafter "Garnishees") are indebted to Plaintiffs for monies which are not earnings.

4. On January 15, 2013, Langemeier tendered her defense to Garnishees relating to Case No. CV 2010-051209, *Labertew et al. v. Auzenne et al.* Included with the tender letter were Plaintiffs' First Amended Complaint, and excerpts from John McDermott's deposition in which he claimed he suffered a stroke as a result of defendants' actions, as well as other information.

5. By letter dated February 4, 2013 to Langemeier's counsel, Garnishees denied coverage and Langemeier's tender of defense without seeking any additional information from Langemeier or her representatives.

6. Garnishees owed Langemeier a duty to defend her from all potentially covered claims alleged in the First Amended Complaint.

7. Because Garnishees owed Langemeier a duty to defend her from all a single potentially covered claim, Garnishees owed her a duty to defend her from all claims asserted in the First Amended Complaint.

8. Garnishees owed Langemeier a duty to investigate and come forward with additional facts beyond the tendered materials to support its denial of a defense and coverage.

1      9. Garnishees' denial letter incorrectly stated that Langemeier was an officer of

2  BioNovix.

3      10. Garnishees performed no investigation to determine whether Langemeier had a

4  financial stake in BioNovix.

5      11. Garnishees came forward with no evidence that Langemeier made a late tender or

6  that it would be prejudiced thereby.

7      12. On February 27, 2013, the parties agreed to the material terms of a settlement

8  agreement.

9      13. As part of the settlement, Langemeier assigned her claims against Garnishees and

10  AIG to Plaintiffs pursuant to *Damron v. Sledge*, 105 Ariz. 11, 460 P.2d 997 (1969). These

11  claims include that Garnishees failed to timely and properly investigate the claims against

12  Langemeier; improperly denied coverage; failed to comply with the reasonable

13  expectations of Langemeier; failed to investigate the duties it owed under the insurance

14  policies; failed to adequately communicate with and/or advise Langemeier regarding the

15  policies; failed to give equal consideration to the interests of Langemeier; failed to

16  consider the applicable authority addressing the relevant issues; failed to  satisfy its

17  obligations, *inter alia*, to defend and indemnify Langemeier; and violated state and federal

18  law related to unfair claims handling practices.

19      14. The Garnishees' names and addresses are:

20      **Chartis Property Casualty Company (o.k.a. AIG Casualty Company)**
        175 Water Street, 18th Floor

21      New York, NY 10038
        **Statutory Agent: Director of Insurance**

22      2910 North 44th Street
        Phoenix, AZ 85018

23

24      **21st Century North America Insurance Company**
        3 Beaver Valley Road, 21st Century Plaza

Wilmington, DE 19803-1115
**Statutory Agent: Director of Insurance**
2910 North 44th Street
Phoenix, AZ 85018

WHEREFORE Plaintiffs respectfully request that this Court issue a Summons and Writ of Garnishment in the form attached to this Application.

**DATED** this 26th day of July, 2013.

THE NATHANSON LAW FIRM
8326 E. Hartford Dr., Suite 101
Scottsdale, AZ 85260
(480) 419-2578
(480) 419-4136 (Fax)

**COPY** of the foregoing will be sent via regular mail, to the parties listed below, on this 26th day of July, 2013:

Roger L. Cohen
Michelle C. Lombino
JABURG & WILK, P.C.
3200 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
*Attorney for the Defendant/Judgment Debtor*

Chartis Property Casualty Company o.k.a. AIG Casualty Company
175 Water Street, 18th Floor
New York, NY 10038
*Garnishee*

21st Century North America Insurance Company f.n.a. American International Insurance Company
3 Beaver Valley Road, 21st Century Plaza
Wilmington, DE 19803-1115
*Garnishee*

AIG Private Client Group (Claims Administrator for Chartis Property Casualty Company o.k.a. AIG Casualty Company and 21st Century North America Insurance Company f.n.a. American International Insurance Company)
9350 Waxie Way, 3rd Floor
San Diego, CA 92123
*Garnishee*

1  **ORIGINAL** of the foregoing will be hand delivered on this 24th day of July, 2013, to:
   26

2  Clerk of the Court
   Superior Court of Arizona for the County of Maricopa

3

4  /s/ Sarah A. Haddix

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MICHAEL K. JEANES
Clerk of the Superior Court
By Venessa Vasquez, Deputy
Date 07/26/2013 Time 14:00:05
Description                  Amount
------- CASE# CV2010-051209 -------
WRITS                         27.00

TOTAL AMOUNT                  27.00
       Receipt# 23141171

1   Philip J. Nathanson (Arizona State Bar #013624)
    philipj@nathansonlawfirm.com
2   Dona A. Nutini (Arizona State Bar #018539)
    dnutini@nathansonlawfirm.com
3   **THE NATHANSON LAW FIRM**
    8326 E. Hartford Dr., Suite 101
4   Scottsdale, AZ 85260
    (480) 419-2578
5   (480) 419-4136 (Fax)

6   *Attorneys for Plaintiffs*

7          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
              **IN AND FOR THE COUNTY OF MARICOPA**
8

9   MARCUS LABERTEW aka MARK          Case No.: CV2010-051209
    LABERTEW and JANE DOE
    LABERTEW, husband and wife; JOHN
10  MCDERMOTT aka JACK
    MCDERMOTT and JENNIFER
11  MCDERMOTT, husband and wife,       **APPLICATION FOR WRIT OF**
                                       **GARNISHMENT FOR NON-**
12         Plaintiffs/Judgment Creditors,    **EARNINGS**

13  vs.                                (Assigned to the Hon. Michael Gordon)

14  LORAL LANGEMEIER, et al.,

15         Defendant/Judgment Debtor.

16  and

17  CHARTIS PROPERTY CASUALTY
    COMPANY, otherwise known as AIG
18  CASUALTY COMPANY, and 21ST
    CENTURY NORTH AMERICA
19  INSURANCE COMPANY, formerly
    known as AMERICAN
20  INTERNATIONAL INSURANCE
    COMPANY,
21
           Garnishees.
22
        Plaintiffs/Judgment Creditors MARK LABERTEW and JOHN AND JENNIFER
23
    MCDERMOTT (hereinafter "Plaintiffs") state as follows:
24

1    1. On June 5, 2013, the Court entered a stipulated judgment against Judgment Debtor

2    Loral Langemeier.

3    2. The outstanding balance due on the judgment is $1,500,000.

4    3. Plaintiffs have reason to believe that Garnishees CHARTIS PROPERTY

5    CASUALTY COMPANY, otherwise known as AIG CASUALTY COMPANY, and 21ST

6    CENTURY NORTH AMERICA INSURANCE COMPANY, formerly known as

7    AMERICAN INTERNATIONAL INSURANCE COMPANY (hereinafter "Garnishees")

8    are indebted to Plaintiffs for monies which are not earnings.

9    4. On January 15, 2013, Langemeier tendered her defense to Garnishees relating to

10   Case No. CV 2010-051209, *Labertew et al. v. Auzenne et al.* Included with the tender

11   letter were Plaintiffs' First Amended Complaint, and excerpts from John McDermott's

12   deposition in which he claimed he suffered a stroke as a result of defendants' actions, as

13   well as other information.

14   5. By letter dated February 4, 2013 to Langemeier's counsel, Garnishees denied

15   coverage and Langemeier's tender of defense without seeking any additional information

16   from Langemeier or her representatives.

17   6. Garnishees owed Langemeier a duty to defend her from all potentially covered

18   claims alleged in the First Amended Complaint.

19   7. Because Garnishees owed Langemeier a duty to defend her from all a single

20   potentially covered claim, Garnishees owed her a duty to defend her from all claims

21   asserted in the First Amended Complaint.

22   8. Garnishees owed Langemeier a duty to investigate and come forward with

23   additional facts beyond the tendered materials to support its denial of a defense and

24   coverage.

1     9. Garnishees' denial letter incorrectly stated that Langemeier was an officer of

2 BioNovix.

3     10. Garnishees performed no investigation to determine whether Langemeier had a

4 financial stake in BioNovix.

5     11. Garnishees came forward with no evidence that Langemeier made a late tender or

6 that it would be prejudiced thereby.

7     12. On February 27, 2013, the parties agreed to the material terms of a settlement

8 agreement.

9     13. As part of the settlement, Langemeier assigned her claims against Garnishees and

10 AIG to Plaintiffs pursuant to *Damron v. Sledge*, 105 Ariz. 11, 460 P.2d 997 (1969). These

11 claims include that Garnishees failed to timely and properly investigate the claims against

12 Langemeier; improperly denied coverage; failed to comply with the reasonable

13 expectations of Langemeier; failed to investigate the duties it owed under the insurance

14 policies; failed to adequately communicate with and/or advise Langemeier regarding the

15 policies; failed to give equal consideration to the interests of Langemeier; failed to

16 consider the applicable authority addressing the relevant issues; failed to satisfy its

17 obligations, *inter alia*, to defend and indemnify Langemeier; and violated state and federal

18 law related to unfair claims handling practices.

19     14. The Garnishees' names and addresses are:

20     **Chartis Property Casualty Company (o.k.a. AIG Casualty Company)**
    175 Water Street, 18th Floor
21     New York, NY 10038
    **Statutory Agent: Director of Insurance**
22     2910 North 44th Street
    Phoenix, AZ 85018

23

24     **21st Century North America Insurance Company**
    3 Beaver Valley Road, 21st Century Plaza

Wilmington, DE 19803-1115
**Statutory Agent: Director of Insurance**
2910 North 44th Street
Phoenix, AZ 85018

WHEREFORE Plaintiffs respectfully request that this Court issue a Summons and Writ of

Garnishment in the form attached to this Application.

**DATED** this 26th day of July, 2013.

THE NATHANSON LAW FIRM
8326 E. Hartford Dr., Suite 101
Scottsdale, AZ 85260
(480) 419-2578
(480) 419-4136 (Fax)

**COPY** of the foregoing will be sent via regular mail, to the parties listed below, on this 26th day of July, 2013:

Roger L. Cohen
Michelle C. Lombino
JABURG & WILK, P.C.
3200 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
*Attorney for the Defendant/Judgment Debtor*

Chartis Property Casualty Company o.k.a. AIG Casualty Company
175 Water Street, 18th Floor
New York, NY 10038
*Garnishee*

21st Century North America Insurance Company f.n.a. American International Insurance Company
3 Beaver Valley Road, 21st Century Plaza
Wilmington, DE 19803-1115
*Garnishee*

AIG Private Client Group (Claims Administrator for Chartis Property Casualty Company o.k.a. AIG Casualty Company and 21st Century North America Insurance Company f.n.a. American International Insurance Company)
9350 Waxie Way, 3rd Floor
San Diego, CA 92123
*Garnishee*

1 | **ORIGINAL** of the foregoing will be hand delivered on this 2⁶ day of July, 2013, to:

2 | Clerk of the Court
Superior Court of Arizona for the County of Maricopa

3 |

4 | /s/ Sarah A. Haddix

5 |

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

MICHAEL K. JEANES
Clerk of the Superior Court
By Brian Colwell, Deputy
Date 07/29/2013 Time 12:05:41
Description                     Amount
------- CASE# CV2010-051209 -------
WRITS                             27.00

TOTAL AMOUNT                      27.00
       Receipt# 23143564

1   Philip J. Nathanson (Arizona State Bar #013624)
    philipj@nathansonlawfirm.com
2   Dona A. Nutini (Arizona State Bar #018539)
    dnutini@nathansonlawfirm.com
3   **THE NATHANSON LAW FIRM**
    8326 E. Hartford Dr., Suite 101
4   Scottsdale, AZ 85260
    (480) 419-2578
5   (480) 419-4136 (Fax)

6   *Attorneys for Plaintiffs*

7              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
               **IN AND FOR THE COUNTY OF MARICOPA**
8

9   MARCUS LABERTEW aka MARK          Case No.: CV2010-051209
    LABERTEW and JANE DOE
10  LABERTEW, husband and wife; JOHN
    MCDERMOTT aka JACK
11  MCDERMOTT and JENNIFER
    MCDERMOTT, husband and wife,      **APPLICATION FOR WRIT OF**
12                                     **GARNISHMENT FOR NON-**
            Plaintiffs/Judgment Creditors,  **EARNINGS OF CHARTIS PROPERTY**
13                                     **CASUALTY COMPANY OTHERWISE**
    vs.                                **KNOWN AS AIG CASUALTY**
14                                     **COMPANY**
    LORAL LANGEMEIER, et al.,
15                                     (Assigned to the Hon. Michael Gordon)
            Defendant/Judgment Debtor.
16
    and
17
    CHARTIS PROPERTY CASUALTY
18  COMPANY, otherwise known as AIG
    CASUALTY COMPANY, and 21ST
19  CENTURY NORTH AMERICA
    INSURANCE COMPANY, formerly
20  known as AMERICAN
    INTERNATIONAL INSURANCE
21  COMPANY,

22                          Garnishees.

23      Plaintiffs/Judgment Creditors MARK LABERTEW and JOHN AND JENNIFER

24  MCDERMOTT (hereinafter "Plaintiffs") state as follows:

1.  On June 5, 2013, the Court entered a stipulated judgment against Judgment Debtor Loral Langemeier.

2.  The outstanding balance due on the judgment is $1,500,000.

3.  Plaintiffs have reason to believe that Garnishees CHARTIS PROPERTY CASUALTY COMPANY, otherwise known as AIG CASUALTY COMPANY, and 21ST CENTURY NORTH AMERICA INSURANCE COMPANY, formerly known as AMERICAN INTERNATIONAL INSURANCE COMPANY (hereinafter "Garnishees") are indebted to Plaintiffs for monies which are not earnings.

4.  On January 15, 2013, Langemeier tendered her defense to Garnishees relating to Case No. CV 2010-051209, *Labertew et al. v. Auzenne et al.* Included with the tender letter were Plaintiffs' First Amended Complaint, and excerpts from John McDermott's deposition in which he claimed he suffered a stroke as a result of defendants' actions, as well as other information.

5.  By letter dated February 4, 2013 to Langemeier's counsel, Garnishees denied coverage and Langemeier's tender of defense without seeking any additional information from Langemeier or her representatives.

6.  Garnishees owed Langemeier a duty to defend her from all potentially covered claims alleged in the First Amended Complaint.

7.  Because Garnishees owed Langemeier a duty to defend her from all a single potentially covered claim, Garnishees owed her a duty to defend her from all claims asserted in the First Amended Complaint.

8.  Garnishees owed Langemeier a duty to investigate and come forward with additional facts beyond the tendered materials to support its denial of a defense and coverage.

9. Garnishees' denial letter incorrectly stated that Langemeier was an officer of BioNovix.

10. Garnishees performed no investigation to determine whether Langemeier had a financial stake in BioNovix.

11. Garnishees came forward with no evidence that Langemeier made a late tender or that it would be prejudiced thereby.

12. On February 27, 2013, the parties agreed to the material terms of a settlement agreement.

13. As part of the settlement, Langemeier assigned her claims against Garnishees and AIG to Plaintiffs pursuant to *Damron v. Sledge*, 105 Ariz. 11, 460 P.2d 997 (1969). These claims include that Garnishees failed to timely and properly investigate the claims against Langemeier; improperly denied coverage; failed to comply with the reasonable expectations of Langemeier; failed to investigate the duties it owed under the insurance policies; failed to adequately communicate with and/or advise Langemeier regarding the policies; failed to give equal consideration to the interests of Langemeier; failed to consider the applicable authority addressing the relevant issues; failed to satisfy its obligations, *inter alia*, to defend and indemnify Langemeier; and violated state and federal law related to unfair claims handling practices.

14. The Garnishees' names and addresses are:

**Chartis Property Casualty Company (o.k.a. AIG Casualty Company)**
175 Water Street, 18th Floor
New York, NY 10038
**Statutory Agent: Director of Insurance**
2910 North 44th Street
Phoenix, AZ 85018

**21st Century North America Insurance Company**
3 Beaver Valley Road, 21st Century Plaza

Wilmington, DE 19803-1115
**Statutory Agent: Director of Insurance**
2910 North 44th Street
Phoenix, AZ 85018

WHEREFORE Plaintiffs respectfully request that this Court issue a Summons and Writ of

Garnishment in the form attached to this Application.

**DATED** this 26th day of July, 2013.

THE NATHANSON LAW FIRM
8326 E. Hartford Dr., Suite 101
Scottsdale, AZ 85260
(480) 419-2578
(480) 419-4136 (Fax)

**COPY** of the foregoing will be sent via regular mail, to the parties listed below, on this 26th day of July, 2013:

Roger L. Cohen
Michelle C. Lombino
JABURG & WILK, P.C.
3200 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
*Attorney for the Defendant/Judgment Debtor*

Chartis Property Casualty Company o.k.a. AIG Casualty Company
175 Water Street, 18th Floor
New York, NY 10038
*Garnishee*

21st Century North America Insurance Company f.n.a. American International Insurance Company
3 Beaver Valley Road, 21st Century Plaza
Wilmington, DE 19803-1115
*Garnishee*

AIG Private Client Group (Claims Administrator for Chartis Property Casualty Company o.k.a. AIG Casualty Company and 21st Century North America Insurance Company f.n.a. American International Insurance Company)
9350 Waxie Way, 3rd Floor
San Diego, CA 92123
*Garnishee*

1  **ORIGINAL** of the foregoing will be hand delivered on this 24ᵗʰ day of July, 2013, to:
   26

2  Clerk of the Court
   Superior Court of Arizona for the County of Maricopa

3

4  /s/ Sarah A. Haddix

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    Philip J. Nathanson (Arizona State Bar #013624)
     philipj@nathansonlawfirm.com
2    Dona A. Nutini (Arizona State Bar #018539)
     dnutini@nathansonlawfirm.com
3    **THE NATHANSON LAW FIRM**
     8326 E. Hartford Dr., Suite 101
4    Scottsdale, AZ 85260
     (480) 419-2578
5    (480) 419-4136 (Fax)

     | ORIGINAL |

6    *Attorneys for Plaintiffs*

7        **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
         **IN AND FOR THE COUNTY OF MARICOPA**

8

9    MARCUS LABERTEW aka MARK      Case No.: CV2010-051209
   LABERTEW and JANE DOE
10   LABERTEW, husband and wife; JOHN
   MCDERMOTT aka JACK
11   MCDERMOTT and JENNIFER
   MCDERMOTT, husband and wife,      **WRIT OF GARNISHMENT FOR NON-**
                                 **EARNINGS OF 21ST CENTURY**
12        Plaintiffs/Judgment Creditors,    **NORTH AMERICA INSURANCE**
                                 **COMPANY FORMERLY KNOWN AS**
13   vs.                                      **AMERICAN INTERENATIONAL**
                                     **INSURANCE COMPANY**
14   LORAL LANGEMEIER, et al.,

15        Defendant/Judgment Debtor.    (Assigned to the Hon. Michael Gordon)

16   and

17   CHARTIS PROPERTY CASUALTY
   COMPANY, otherwise known as AIG
18   CASUALTY COMPANY, and 21ST
   CENTURY NORTH AMERICA
19   INSURANCE COMPANY, formerly
   known as AMERICAN
20   INTERNATIONAL INSURANCE
   COMPANY,
21

               Garnishees.
22

23   TO THE SHERIFF, CONSTABLE OR OTHER AUTHORIZED PROCESS SERVER IN

     THE STATE OF ARIZONA and for the COUNTY OF MARICOPA: You are commanded
24

1  to summon garnishees named above, who is believed to be in your county, to answer the

2  following claims:

3  **STATEMENTS OF JUDGMENT CREDITOR**

4  1. Judgment creditor was awarded a judgment or order against **Loral Langemeier**,

5  judgment debtor.  The name and address of the Debtor's Attorneys are:

6  Roger L. Cohen
   Michelle C. Lombino

7  Nathan D. Meyer
   3200 N. Central Ave., Suite 2000

8  Phoenix, AZ 85012

9  2. The name and address of the Garnishee or its authorized agent are:

10  **Chartis Property Casualty Company o.k.a. AIG Casualty Company**
    **175 Water Street, 18th Floor**

11  **New York, NY 10038**
    **Statutory Agent: Director of Insurance**

12  **2910 North 44th Street**
    **Phoenix, AZ 85018**

13

14  **21st Century North America Insurance Company f.n.a. American**
    **International Insurance Company**

15  **3 Beaver Valley Road, 21st Century Plaza**
    **Wilmington, DE 19803-1115**

16  **Statutory Agent: Director of Insurance**
    **2910 North 44th Street**

17  **Phoenix, AZ 85018**

18  **AIG Private Client Group (Claims Administrator for Chartis Property**
    **Casualty Company o.k.a. AIG Casualty Company and 21st Century North**

19  **America Insurance Company f.n.a. American International Insurance**
    **Company)**

20  **9350 Waxie Way, 3rd Floor**
    **San Diego, CA 92123**

21  3. The name and addresses of the Creditors and Creditors' Attorneys are:

22  <u>Creditor 1</u>
    Marcus Labertew (aka Mark Labertew)

23  4702 E. Monte Cristo Ave.
    Phoenix, AZ 85032

24

**Creditor 2**
**John McDermott** (aka Jack McDermott)
**1050 S. Stapley**
**Mesa, AZ 85204**

**Creditor 3**
**Jennifer McDermott**
**1050 S. Stapley**
**Mesa, AZ 85204**

**Creditors' Attorneys**
**The Nathanson Law Firm**
**Philip J. Nathanson**
**Dona A. Nutini**
**8326 E. Hartford Drive, Suite 101**
**Scottsdale, AZ 85255**

4. The amount of the outstanding balance on the judgment or order, including accrued

interest and allowable costs is **$1,500,000.00**. Interest accrues at the rate of **4.25% per**

**annum**. The cost of serving this Writ of Garnishment will be as shown on the

Affidavit of Service and may be added to the judgment.

5. Judgment creditor believes that garnishees hold nonexempt property or money other

than wages owed or belonging to judgment debtor through a policy of insurance,

Policy No(s). PCG 0002932963 (HO) and PCG 000108894 (EL).

**TO THE GARNISHEE (A.R.S. § 12-1579)**

YOU SHALL answer all of the following questions in writing, under oath, on a separate

document. Your answer must be filed with the Court within 10 business days after you are

served with this Writ of Garnishment.

A. Were you indebted, exclusive of wages, to or otherwise in possession of monies of the

Judgment Debtor at the time the Writ was served?

B. What was the total amount of indebtedness or monies, exclusive of wages, in your

possession at the time the writ was served?

1  C. What was the total amount of indebtedness or monies, exclusive of wages, that were

2     withheld pursuant to the writ?

3  D. What was the total amount of indebtedness or monies, exclusive of wages, that were

4     not withheld, and the reason for not withholding?

5  E. Were you in possession of personal property of the judgment debtor at the time the writ

6     was served?

7  F. Give a description of each item, or group of items, or personal property of the

8     judgment debtor in your possession at the time the writ was served.

9  G. Provide a list of the personal property in which you withheld pursuant to the writ.

10 H. What other person or entity, within your knowledge, is indebted to the Judgment Debtor

11    or in possession of personal property of the Judgment Debtor?

12 I.  Are you, the Garnishee, a corporation in which the Judgment Debtor owns shares of

13    stock or some other interest?

14 J.  Provide a statement of the number and types of shares owned by the Judgment Debtor

15    and a description of any other interest the Judgment Debtor owns in the Garnishee

16    Corporation as of the date the Writ was served, as shown on the Corporation's records.

17 K. Provide the Name, Address and Telephone Number of the Garnishee.

18 L.  Provide the Date and Manner of delivery in which you serve a copy of the Writ and

19    Notice to the Judgment Debtor.

20 M. Provide the Date and Manner of delivery in which you serve a copy of the Answer to

21    the Judgment Creditor and the Judgment Debtor.

22

23

24

1

## NOTICE OF SUMMONS

2     In obedience to the foregoing Writ of Garnishment, I DO HEREBY SUMMON

3 AND REQUIRE YOU TO APPEAR and answer the foregoing writ in the manner

4 prescribed by law within the time prescribe in said writ, and you are hereby notified that in

5 case you fail to so answer, the Court may issue an order requiring you to appear in before

6 the Court at a time and place specified in order to answer the Writ.  In the event that you

7 fail to appear after service o the order requiring you to appear, in person, judgment by

8 default may be rendered against you for the full amount of the Judgment against the

9 Debtor, plus an award for attorneys' fees incurred by Creditor under A.R.S. § 12-1583.

10 **SIGNED AND SEALED** this JUL 2 9 2013 day of July, 2013.

11

12     MICHAEL JEANES
    Clerk of the Superior Court

13

14     Deputy Clerk

15

16

17

18

19

20

21

22

23

24

1   Philip J. Nathanson (Arizona State Bar #013624)
    philipj@nathansonlawfirm.com
2   Dona A. Nutini (Arizona State Bar #018539)
    dnutini@nathansonlawfirm.com
3   **THE NATHANSON LAW FIRM**
    8326 E. Hartford Dr., Suite 101
4   Scottsdale, AZ 85260
    (480) 419-2578
5   (480) 419-4136 (Fax)

6   *Attorneys for Plaintiffs*

7           **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
              **IN AND FOR THE COUNTY OF MARICOPA**
8

| | |
|---|---|
| 9 MARCUS LABERTEW aka MARK LABERTEW and JANE DOE | Case No.: CV2010-051209 |
| 10 LABERTEW, husband and wife; JOHN MCDERMOTT aka JACK MCDERMOTT and JENNIFER | |
| 11 MCDERMOTT, husband and wife, | **WRIT OF GARNISHMENT FOR NON-EARNINGS OF CHARTIS PROPERTY** |
| 12 Plaintiffs/Judgment Creditors, | **CASUALTY COMPANY OTHERWISE KNOWN AS AIG CASUALTY** |
| 13 vs. | **COMPANY** |
| 14 LORAL LANGEMEIER, et al., | (Assigned to the Hon. Michael Gordon) |
| 15 Defendant/Judgment Debtor. | |
| 16 and | |
| 17 CHARTIS PROPERTY CASUALTY COMPANY, otherwise known as AIG | |
| 18 CASUALTY COMPANY, and 21ST CENTURY NORTH AMERICA | |
| 19 INSURANCE COMPANY, formerly known as AMERICAN | |
| 20 INTERNATIONAL INSURANCE COMPANY, | |
| 21 | |
| 22 Garnishees. | |

23   TO THE SHERIFF, CONSTABLE OR OTHER AUTHORIZED PROCESS SERVER IN

     THE STATE OF ARIZONA and for the COUNTY OF MARICOPA: You are commanded
24

ORIGINAL

| | |
|---|---|
| 1 | to summon garnishees named above, who is believed to be in your county, to answer the |
| 2 | following claims: |
| 3 | **STATEMENTS OF JUDGMENT CREDITOR** |
| 4 | 1.  Judgment creditor was awarded a judgment or order against **Loral Langemeier**, |
| 5 | judgment debtor.  The name and address of the Debtor's Attorneys are: |
| 6 | **Roger L. Cohen** |
| | **Michelle C. Lombino** |
| 7 | **Nathan D. Meyer** |
| | **3200 N. Central Ave., Suite 2000** |
| 8 | **Phoenix, AZ 85012** |
| 9 | 2.  The name and address of the Garnishee or its authorized agent are: |
| 10 | **Chartis Property Casualty Company o.k.a. AIG Casualty Company** |
| | **175 Water Street, 18th Floor** |
| 11 | **New York, NY 10038** |
| | **Statutory Agent: Director of Insurance** |
| 12 | **2910 North 44th Street** |
| | **Phoenix, AZ 85018** |
| 13 | |
| | **21st Century North America Insurance Company f.n.a. American** |
| 14 | **International Insurance Company** |
| | **3 Beaver Valley Road, 21st Century Plaza** |
| 15 | **Wilmington, DE 19803-1115** |
| | **Statutory Agent: Director of Insurance** |
| 16 | **2910 North 44th Street** |
| | **Phoenix, AZ 85018** |
| 17 | |
| | **AIG Private Client Group (Claims Administrator for Chartis Property** |
| 18 | **Casualty Company o.k.a. AIG Casualty Company and 21st Century North** |
| | **America Insurance Company f.n.a. American International Insurance** |
| 19 | **Company)** |
| | **9350 Waxie Way, 3rd Floor** |
| 20 | **San Diego, CA 92123** |
| 21 | 3.  The name and addresses of the Creditors and Creditors' Attorneys are: |
| 22 | <u>**Creditor 1**</u> |
| | **Marcus Labertew (aka Mark Labertew)** |
| 23 | **4702 E. Monte Cristo Ave.** |
| | **Phoenix, AZ 85032** |
| 24 | |

1     **Creditor 2**
    **John McDermott** (aka Jack McDermott)
2     **1050 S. Stapley**
    **Mesa, AZ 85204**
3

    **Creditor 3**
4     **Jennifer McDermott**
    **1050 S. Stapley**
5     **Mesa, AZ 85204**

6     **Creditors' Attorneys**
    **The Nathanson Law Firm**
7     **Philip J. Nathanson**
    **Dona A. Nutini**
8     **8326 E. Hartford Drive, Suite 101**
    **Scottsdale, AZ 85255**
9

10  4. The amount of the outstanding balance on the judgment or order, including accrued

11     interest and allowable costs is **$1,500,000.00**. Interest accrues at the rate of **4.25%** per

12     **annum**. The cost of serving this Writ of Garnishment will be as shown on the

13     Affidavit of Service and may be added to the judgment.

14  5. Judgment creditor believes that garnishees hold nonexempt property or money other

15     than wages owed or belonging to judgment debtor through a policy of insurance,

16     Policy No(s). PCG 0002932963 (HO) and PCG 000108894 (EL).

17           **TO THE GARNISHEE (A.R.S. § 12-1579)**

18  YOU SHALL answer all of the following questions in writing, under oath, on a separate

19  document. Your answer must be filed with the Court within 10 business days after you are

20  served with this Writ of Garnishment.

21  A. Were you indebted, exclusive of wages, to or otherwise in possession of monies of the

22     Judgment Debtor at the time the Writ was served?

23  B. What was the total amount of indebtedness or monies, exclusive of wages, in your

24     possession at the time the writ was served?

1   C. What was the total amount of indebtedness or monies, exclusive of wages, that were

2       withheld pursuant to the writ?

3   D. What was the total amount of indebtedness or monies, exclusive of wages, that were

4       not withheld, and the reason for not withholding?

5   E. Were you in possession of personal property of the judgment debtor at the time the writ

6       was served?

7   F. Give a description of each item, or group of items, or personal property of the

8       judgment debtor in your possession at the time the writ was served.

9   G. Provide a list of the personal property in which you withheld pursuant to the writ.

10  H. What other person or entity, within your knowledge, is indebted to the Judgment Debtor

11      or in possession of personal property of the Judgment Debtor?

12  I.  Are you, the Garnishee, a corporation in which the Judgment Debtor owns shares of

13      stock or some other interest?

14  J.  Provide a statement of the number and types of shares owned by the Judgment Debtor

15      and a description of any other interest the Judgment Debtor owns in the Garnishee

16      Corporation as of the date the Writ was served, as shown on the Corporation's records.

17  K. Provide the Name, Address and Telephone Number of the Garnishee.

18  L. Provide the Date and Manner of delivery in which you serve a copy of the Writ and

19      Notice to the Judgment Debtor.

20  M. Provide the Date and Manner of delivery in which you serve a copy of the Answer to

21      the Judgment Creditor and the Judgment Debtor.

22

23

24

## NOTICE OF SUMMONS

1

2       In obedience to the foregoing Writ of Garnishment, I DO HEREBY SUMMON

3  AND REQUIRE YOU TO APPEAR and answer the foregoing writ in the manner

4  prescribed by law within the time prescribe in said writ, and you are hereby notified that in

5  case you fail to so answer, the Court may issue an order requiring you to appear in before

6  the Court at a time and place specified in order to answer the Writ.  In the event that you

7  fail to appear after service o the order requiring you to appear, in person, judgment by

8  default may be rendered against you for the full amount of the Judgment against the

9  Debtor, plus an award for attorneys' fees incurred by Creditor under A.R.S. § 12-1583.

**JUL 29 2013**

10  **SIGNED AND SEALED** this _____ day of July, 2013.

11



12                  MICHAEL JEANES
                       Clerk of the Superior Court

13

14                  By _____
                     Deputy Clerk

15

16

17

18

19

20

21

22

23

24

**ADVANCE** Courier Services, LLC
P.O. Box 25331 • Scottsdale, Arizona 85255



MICHAEL K. JEANES, CLERK
BY
B. Colwell
FILED

13 AUG -8 AM 10: 59

## SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY

*CERTIFICATE OF SERVICE*

**PHILIP J. NATHANSON , SBN 013624 (philipj@nathansonlawfirm.com)**
**DONA A. NUTINI, SBN 018539 (dnutini@nathansonlawfirm.com)**
Attorneys for Plaintiffs

**MARCUS LABERTEW aka MARK LABERTEW**
**and JANE DOE LABERTEW, husband and wife;**
**JOHN MCDERMOTT aka JACK MCDERMOTT**
**and JENNIFER MCDERMOTT, husband and wife**

CV2010-051209    [Corrected by Clerk of the Court]

Name of Plaintiffs/Judgment Creditors

Case no.    ~~CV2010-051290~~

v

**LORAL LANGEMEIER, et al.**

Name of Defendant/Judgment Debtor

and

**CHARTIS PROPERTY CASUALTY COMPANY,**
**otherwise known as AIG CASUALTY**
**COMPANY, and 21ST CENTURY NORTH**
**AMERICA INSURANCE COMPANY, formerly**
**known as AMERICAN INTERNATIONAL**
**INSURANCE COMPANY**

Garnishees

I, SALIM MANGOLI, the undersigned, certify under penalty of perjury that I am fully qualified, pursuant to R.C.P. 4(e), 45(b), and/or A.R.S. 13-4072, to service process in this case. I received for service the following document(s) in this action:
**1) WRIT OF GARNISHMENT FOR NON-EARNINGS OF CHARTIS PROPERTY CASUALTY COMPANY OTHERWISE KNOWN AS AIG CASUALTY COMPANY (2); 2) INSTRUCTIONS TO GARNISHEE CHARTIS PROPERTY CASUALTY COMPANY OTHERWISE KNOWN AS AIG CASUALTY COMPANY FOR NON-EARNINGS (1); 3) ANSWER OF GARNISHEE CHARTIS PROPERTY CASUALTY COMPANY OTHERWISE KNOWN AS AIG FOR NON-EARNINGS (4); 4) NOTICE TO JUDGMENT DEBTOR OF GARNISHMENT FOR NON-EARNINGS BY CHARTIS PROPERTY CASUALTY COMPANY OTHERWISE KNOWN AS AIG CASUALTY COMPANY (2); 5) REQUEST FOR HEARING ON GARNISHMENT FOR NON- EARNINGS BY CHARTIS PROPERTY CASUALTY COMPANY OTHERWISE KNOWN AS AIG CASUALTY COMPANY (2); 6) NOTICE OF HEARING ON GARNISHMENT FOR NON-EARNINGS FROM CHARTIS PROPERTY CASUALTY COMPANY OTHERWISE KNOWN AS AIG CASUALTY COMPANY FOR NON-EARNINGS (2); 7) JUDGMENT AGAINST LORAL LANGEMEIER (1); 8) NLF CHECK #1097 FOR $15 FILING FEE**

The above is covered by ARS as amended 41-413 and 11-45 and rules 4, 5, 45, and 30(I).

From: **THE NATHANSON LAW FIRM** on: **07.29.13**

I personally served copies of these documents on those named below in the manner and place shown and except where noted, all services were made in Maricopa County.

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | **CHARTIS PROPERTY CASUALTY COMPANY otherwise known as AIG CASUALTY COMPANY c/o ARIZONA DEPARTMENT OF INSURANCE** | | | | | |
| Date and Time: | **07.29.13 at 4:35 p.m.** | | | | | |
| Place and manner | **Arizona Department of Insurance, 2910 N. 44th St., Ste 210, Phoenix, AZ 85018 Documents accepted by Amanda Buettner, Administrative Assistant III, a person authorized to accept service.** | | | | | |
| Description | M/F | AGE | HEIGHT | WEIGHT | HAIR | ETHNICITY |
| | **Female** | **40** | **5'3"** | **200** | **brown** | **Caucasian** |

| Statement of costs | |
|---|---|
| Service | 16.00 |
| Mileage | 38.40 |
| Rush | 10.00 |
| Prep fee | 8.00 |
| TOTAL | $72.40 |

_____
Affiant

8/5/13
_____
Date

The above is covered by ARS as amended 41-413 and 11-45 and rules 4, 5, 45, and 30(I).

**_ADVANCE_ Courier Services, LLC**
P.O. Box 25331 • Scottsdale, Arizona 85255


MICHAEL K. JEANES, CLERK
BY B.Colwel DEP
FILED

**SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY** 13 AUG -8 AM 10: 58

**CERTIFICATE OF SERVICE**

PHILIP J. NATHANSON , SBN 013624 (philipj@nathansonlawfirm.com)
DONA A. NUTINI, SBN 018539 (dnutini@nathansonlawfirm.com)
Attorneys for Plaintiffs

**MARCUS LABERTEW aka MARK LABERTEW
and JANE DOE LABERTEW, husband and wife;
JOHN MCDERMOTT aka JACK MCDERMOTT
and JENNIFER MCDERMOTT, husband and wife**

CV2010-051209

Corrected
By Clerk of the Court

Name of Plaintiffs/Judgment Creditors        Case no.        ~~CV2010-051290~~

v

**LORAL LANGEMEIER, et al.**

Name of Defendant/Judgment Debtor

and

**CHARTIS PROPERTY CASUALTY COMPANY,
otherwise known as AIG CASUALTY
COMPANY, and 21ST CENTURY NORTH
AMERICA INSURANCE COMPANY, formerly
known as AMERICAN INTERNATIONAL
INSURANCE COMPANY**

Garnishees

I, SALIM MANGOLI, the undersigned, certify under penalty of perjury that I am fully qualified, pursuant to R.C.P. 4(e), 45(b), and/or A.R.S. 13-4072, to service process in this case. I received for service the following document(s) in this action:

**1) WRIT OF GARNISHMENT FOR NON-EARNINGS OF 21ST CENTURY NORTH AMERICA INSURANCE COMPANY FORMERLY KNOWN AS AMERICAN INTERNATIONAL INSURANCE COMPANY (2); 2) INSTRUCTIONS TO GARNISHEE 21ST CENTURY NORTH AMERICA INSURANCE COMPANY FORMERLY KNOWN AS AMERICAN INTERNATIONAL INSURANCE COMPANY FOR NON-EARNINGS (1); 3)ANSWER OF GARNISHEE 21ST CENTURY NORTH AMERICA INSURANCE COMPANY FORMERLY KNOWN AS AMERICAN INTERNATIONAL INSURANCE COMPANY FOR NON-EARNINGS (4); 4) NOTICE TO JUDGMENT DEBTOR OF GARNISHMENT FOR NON-EARNINGS BY 21ST CENTURY NORTH AMERICA INSURANCE COMPANY FORMERLY KNOWN AS AMERICAN INTERNATIONAL INSURANCE COMPANY (2); 5) REQUEST FOR HEARING ON GARNISHMENT FOR NON-EARNINGS BY 21ST CENTURY NORTH AMERICA INSURANCE COMPANY FORMERLY KNOWN AS AMERICAN INTERNATIONAL INSURANCE COMPANY (2); 6) NOTICE OF HEARING ON GARNISHMENT FOR NON-EARNINGS FROM 21ST CENTURY NORTH AMERICA INSURANCE COMPANY FORMERLY KNOWN AS AMERICAN INTERNATIONAL INSURANCE COMPANY FOR NON-EARNINGS (2) 7) JUDGMENT AGAINST LORAL LANGEMEIER (1) 8) NLF CHECK #1097 FOR $15 FILING FEE**

The above is covered by ARS as amended 41-413 and 11-45 and rules 4, 5, 45, and 30(I).

***ADVANCE*** Courier Services, LLC

P.O. Box 25331 • Scottsdale, Arizona 85255

From: __THE NATHANSON LAW FIRM__   on: __07.29.13__

I personally served copies of these documents on those named below in the manner and place shown and except where noted, all services were made in Maricopa County.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name:** | **21ST CENTURY NORTH AMERICA INSURANCE c/o ARIZONA DEPARTMENT OF INSURANCE** | | | | | |
| Date and Time: | **07.29.13 at 4:35 p.m.** | | | | | |
| Place and manner | **Arizona Department of Insurance, 2910 N. 44th St., Ste 210, Phoenix, AZ 85018 Documents accepted by Amanda Buettner, Administrative Assistant III, a person authorized to accept service.** | | | | | |
| Description | **M/F** | **AGE** | **HEIGHT** | **WEIGHT** | **HAIR** | **ETHNICITY** |
| | **Female** | **40** | **5'3"** | **200** | **brown** | **Caucasian** |

| Statement of costs | |
|---|---|
| Service | 16.00 |
| Mileage | 0.00 |
| Rush | 10.00 |
| Prep fee | 8.00 |
| TOTAL | $34.00 |

_Salim Mangoli_
Affiant

8/5/13
Date

The above is covered by ARS as amended 41-413 and 11-45 and rules 4, 5, 45, and 30(I).