Philip J. Nathanson (AZ Bar #013624)
Kate Sokolova (AZ Bar #032559)
**THE NATHANSON LAW FIRM**
8326 E. Hartford Dr., SUITE 101
SCOTTSDALE, AZ 85255
(480) 419-2578
(480) 419-4136-Fax
philipj@nathansonlawfirm.com
kate.sokolova@nathansonlawfirm.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARCUS LABERTEW a/k/a MARK LABERTEW AND JANE DOE LABERTEW, HUSBAND AND WIFE; JOHN MCDERMOTT a/k/a JACK MCDERMOTT AND JENNIFER MCDERMOTT, HUSBAND AND WIFE,<br><br>Plaintiffs,<br>v.<br><br>CHARTIS PROPERTY CASUALTY COMPANY, otherwise known as AIG CASUALTY COMPANY, and 21ST CENTERY NORTH AMERICA INSURANCE COMPANY, f/k/a AMERICAN INTERNATIONAL INSURANCE COMPANY,<br><br>Defendant. | No. CV-13-01785-PHX-DGC<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF EXPERT REPORT**<br><br><br><br><br><br><br>(ASSIGNED TO THE HONORABLE JUDGE DAVID G. CAMPBELL) |

Please take notice that on May 30, 2018, Plaintiff served the Expert Report of Scott McFarland on Defendants' counsel, as required by Rule 26(a)(2)(B) of Federal Rules of Civil Procedure.

**DATED** this 31st day of May, 2018.

THE NATHANSON LAW FIRM

By: /s/ *Kate Sokolova*
    Philip J. Nathanson
    Kate Sokolova

8326 E. Hartford DR. SUITE 101
SCOTTSDALE, AZ 85255
*Attorneys for Plaintiffs*

## CERTIFICATE FOR SERVICE

I hereby certify that on May 31st, 2018, I electronically transmitted the attached document to the Clerk's office using CM/ECF System for filing, and transmitted a Notice of Service of Electronic Filing to the following CM/ECF registrants:

Kelly Ann Hedberg
Randy Lee Kingery
Steven Mesaros
**Renaud Cook Dury Mesaros PA**
1 N Central Ave., Ste. 900
Phoenix, AZ 85004
*Attorneys for Defendants*
khedberg@rcdmlaw.com
randy@kingerylawgroup.com
smesaros@rcdmlaw.com


By: /s/ *Kate Sokolova*