Philip J. Nathanson (AZ Bar #013624)
Kate Sokolova (AZ Bar #032559)
**THE NATHANSON LAW FIRM**
8326 E. Hartford Dr., SUITE 101
SCOTTSDALE, AZ 85255
(480) 419-2578
(480) 419-4136-Fax
philipj@nathansonlawfirm.com
kate.sokolova@nathansonlawfirm.com

*Attorneys for Plaintiffs Labertew and McDermott*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcus Labertew a/k/a Mark Labertew and Jane Doe Labertew, husband and wife; John McDermott a/k/a Jack McDermott and Jennifer McDermott, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Chartis Property Casualty Company, otherwise known as AIG Casualty Company; 21st Century North America Insurance Company, f/k/a American International Insurance Company,<br><br>Defendants. | No. CV-13-01785-PHX-DGC<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF EXPERT REPORT BY DANIEL FINK**<br><br><br>(Assigned to the Honorable Judge David G. Campbell) |

Please take notice that on June 8, 2018, Plaintiff served the Expert Report of Daniel Fink on Defendants' counsel, as required by Rule 26(a)(2)(B) of Federal Rules of Civil Procedure.

**DATED** this 8th day of June, 2018.

        **THE NATHANSON LAW FIRM**

        By: /s/ *Kate Sokolova*
           Philip J. Nathanson
           Kate Sokolova
           8326 E. Hartford dr. suite 101
           Scottsdale, AZ 85255
           *Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | **CERTIFICATE FOR SERVICE** |
| 2 | I hereby certify that on June 8th 2018, I electronically transmitted the attached document |
| 3 | to the Clerk's office using CM/ECF System for filing, and transmitted a Notice of Service |
| 4 | of Electronic Filing to the following CM/ECF registrants: |

Kelly Ann Hedberg
Randy Lee Kingery
Steven Mesaros
**Renaud Cook Dury Mesaros PA**
1 N Central Ave., Ste. 900
Phoenix, AZ 85004
*Attorneys for Defendants*
khedberg@rcdmlaw.com
randy@kingerylawgroup.com
smesaros@rcdmlaw.com


By: /s/ *Kate Sokolova*