Philip J. Nathanson (AZ Bar #013624)
Kate Sokolova (AZ Bar #032559)
**THE NATHANSON LAW FIRM**
8326 E. Hartford Dr., SUITE 101
SCOTTSDALE, AZ 85255
(480) 419-2578
(480) 419-4136-Fax
philipj@nathansonlawfirm.com
kate.sokolova@nathansonlawfirm.com

*Attorneys for Plaintiffs Labertew and McDermott*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcus Labertew a/k/a Mark Labertew and Jane Doe Labertew, husband and wife; John McDermott a/k/a Jack McDermott and Jennifer McDermott, husband and wife,<br><br>Plaintiffs,<br>v.<br><br>Chartis Property Casualty Company, otherwise known as AIG Casualty Company; 21st Century North America Insurance Company, f/k/a American International Insurance Company,<br><br>Defendants. | No. CV-13-01785-PHX-DGC<br><br>**NOTICE OF DEPOSITION OF STEVEN PLITT**<br><br><br><br>(Assigned to the Honorable Judge David G. Campbell) |

As previously agreed by Parties' Counsel, YOU ARE HEREBY NOTIFIED that pursuant to Rule 30 of Fed. R. Civ. P., Plaintiffs will take deposition of Defendants', expert **STEVEN PLITT**, on **September 4, 2018, beginning** at **10:00 a.m.,** before an officer authorized to administer oaths and before a videographer authorized to videotape the depositions, at **The Nathanson Law Firm, 8326 E. Hartford Dr. Suite 101, Scottsdale, AZ 85255.**

///

///

**DATED** this 20th day of August, 2018.

**THE NATHANSON LAW FIRM**

By: /s/ *Philip Nathanson*
Philip J. Nathanson
Kate Sokolova
8326 E. Hartford Dr. Suite 101
Scottsdale, AZ 85255
*Attorneys for Plaintiffs*

**CERTIFICATE FOR SERVICE**

I hereby certify that on August 21th, 2018, I electronically transmitted the attached document to the Clerk's office using CM/ECF System for filing, and transmitted a Notice of Service of Electronic Filing to the following CM/ECF registrants:

Kelly Ann Hedberg
Randy Lee Kingery
Steven Mesaros
**Renaud Cook Dury Mesaros PA**
1 N Central Ave., Ste. 900
Phoenix, AZ 85004
*Attorneys for Defendants*
khedberg@rcdmlaw.com
randy@kingerylawgroup.com
smesaros@rcdmlaw.com

COPY *emailed* on August 20, 2018 to:
Randy Lee Kingery at
randy@kingerylawgroup.com

By: /s/ *Kate Sokolova*